IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUSTIN FOCKLER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-123 ERIE |
| | ) | Judge Sean J. McLaughlin |
| v. | ) | Magistrate Judge Baxter |
| | ) | |
| UNITED STATES MARSHALS SERVICE, | ) | Electronically Filed |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this ___ day of October, 2005, upon consideration of Defendant's Motion To Extend Time For Filing a Responsive Pleading And/Or Dispositive Motion, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that defendant shall file a responsive pleading and/or dispositive motion to plaintiff's Complaint on or before November 23, 2005.

_____, J.

cc: All parties of record