IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUSTIN FOCKLER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-123 ERIE |
| | ) | Judge Sean J. McLaughlin |
| v. | ) | Magistrate Judge Baxter |
| | ) | |
| UNITED STATES MARSHALS SERVICE, | ) | Electronically Filed |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

     AND NOW, this ___ day of _____, 200__, upon consideration of Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, and upon further consideration of any response thereto,

     IT IS HEREBY ORDERED that Defendant's motion is **GRANTED** and that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**.

                                                                                    _____, J.

cc: All parties of record