# Exhibit 1

CLOSED, INTERPRETER

# United States District Court
# Western District of Michigan (Grand Rapids)
# CRIMINAL DOCKET FOR CASE #: 1:03-cr-00088-RHB-1

Case title: USA v. Fockler, et al
Other court case numbers: 1:03-cv-00547 related case
1:04-cv-00627 related case
1:05-cv-585 related case
Magistrate judge case number: 1:03-mj-00045

Date Filed: 03/25/2003

Assigned to: Chief Judge Robert Holmes Bell

**defendant**
**Dustin Gene Fockler #11376-040 (1)**

represented by **Dustin Gene Fockler #11376-040**
FCI McKean
P.O. Box 8000
Bradford, PA 16701
PRO SE

**Sharon A. Turek**
Federal Public Defender
50 Louis, NW
Grand Rapids, MI 49503-2633
(616) 742-7420
Email: sharon_turek@fd.org
*TERMINATED: 08/27/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Public Defender or Community Defender Appointment*

**Pending Counts**

21:846; 21:841(a)(1); 21:841(b)(1)(B)
(vii); CONSPIRACY TO
DISTRIBUTE MARIJUANA
(1s)

18:1956(h); 18:1956(a)(10(A)(i);

**Disposition**

imprisonment of 144 months as to each of Counts 1 and 2, to be served concurrently; supervised release of 4 years as to count 1 and 3 years as to Count 2, to be served concurrently; fine of $4,000.00, and mandatory special assessment of $10 0.00 on each count, for total of $200.00

imprisonment of 144 months as to each of Counts 1 and 2, to be served concurrently; supervised release of 4

MONEY LAUNDERING -
KIDNAPPING, FEDERAL CHARGES
(Money Laundering Conspiracy)
(2s)

years as to count 1 and 3 years as to
Count 2, to be served concurrently; fine
of $4,000.00, and mandatory special
assessment of $100.00 on each count,
for total of $200.00

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**
21:846, 21:841(a)(1), 21:841(b)(1)(B)
(vii) CONSPIRACY TO DISTRIBUTE
MARIJUANA
(1)

**Disposition**

dismissed upon motion of Govt at time
of sentencing

**Highest Offense Level (Terminated)**
Felony

**Complaints**
None

**Disposition**

---

**Plaintiff**

USA                             represented by   B. Rene Shekmer
                                                 U.S. Attorney (Grand Rapids)
                                                 The Law Bldg.
                                                 330 Ionia Ave., NW
                                                 P.O. Box 208
                                                 Grand Rapids, MI 49501-0208
                                                 (616) 456-2517
                                                 Fax: (616) 456-2517
                                                 Email: rene.shekmer@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2000 | | ATTORNEY Dennis DuVall admitted to practice (jal) (Entered: 06/17/2003) |
| 03/21/2003 | 1 | COMPLAINT (3 pgs) with affidavit in support against deft Dustin Gene Fockler, deft Augustin Benitez Rodriguez, deft Tim Eugene Hall, deft Cesar G. Bermudez by Magistrate Judge Hugh W. Brenneman Jr. [ 1:03-m -45 ] (ddk) (Entered: 03/24/2003) |
| 03/21/2003 | | MINUTES: before Magistrate Judge Hugh W. Brenneman Jr.; first |

| | | |
|---|---|---|
| | | appearance of Dustin Gene Fockler w/out attorney present ; deft will retain his own counsel; Govt moves for detention & 10-day continuance; deft remanded to custody ; case to be set for detention hrg and preliminary exam (or arraignment,if indicted); ct recorder: DDK; Tape B03-66 [ 1:03-m -45 ] (ddk) (Entered: 03/24/2003) |
| 03/25/2003 | 6 | INDICTMENT (2 pgs) against Dustin Gene Fockler (1) count 1, Augustin Benitez Rodriguez (2) count 1, Tim Eugene Hall (3) count 1, Cesar G. Bermudez (4) count 1, Albert Frank Hidalgo (5) count 1, Nicholas James Sklapsky (6) count 1, James Taul (7) count 1, Chad Anthony Taul (8) count 1 (dmh) (Entered: 03/26/2003) |
| 03/26/2003 | 9 | NOTICE of hearing by Magistrate Judge Hugh W. Brenneman Jr. as to deft Dustin Gene Fockler, deft Augustin Benitez Rodriguez aka Alberto Rodriguez Benitez, deft Tim Eugene Hall; arraignment, initial pretrial conference and detention hrg set for 3/31/03 at 2:45 pm (cc: all counsel, USM, USPO 3/26/03 fh) (ddk) Modified on 03/28/2003 (Entered: 03/28/2003) |
| 03/26/2003 | 10 | ORDER (1 pg) by Magistrate Judge Hugh W. Brenneman Jr. as to deft Dustin Gene Fockler appointing federal public defender (cc: all counsel 3/26/03 fh) [EOD Date 3/28/03] (ddk) (Entered: 03/28/2003) |
| 03/28/2003 | 13 | NOTICE OF COUNSEL ASSIGNMENT by Federal Public Defender; deft Dustin Gene Fockler will be represented by Sharon A. Turek; w/cert of svc (ddk) (Entered: 03/30/2003) |
| 03/31/2003 | 17 | INITIAL DISCOVERY ORDER (5 pgs) by Magistrate Judge Joseph G. Scoville as to deft Albert Hidalgo; (cc: all counsel) [EOD Date 4/1/03] (dmh) (Entered: 04/01/2003) |
| 03/31/2003 | 22 | INITIAL DISCOVERY ORDER (5 pgs) by Magistrate Judge Joseph G. Scoville as to deft Nicholas Sklapsky (cc: all counsel) [EOD Date 4/1/03] (dmh) (Entered: 04/01/2003) |
| 03/31/2003 | | MINUTES: before Magistrate Judge Hugh W. Brenneman Jr.; financial affidavit filed by deft; dft Dustin Gene Fockler arraigned; deft stood mute and a not guilty plea was entered by the court on behalf of deft; attorney Sharon A. Turek present ; initial pretrial conference held ; summary pretrial order to issue; deft's counsel requested continuance of detention hrg; motion granted by court; and detention hearing continued to a later date during week of 4/14/03 ; deft remanded to custody ; ct recorder: DDK; B03-75 (ddk) (Entered: 04/02/2003) |
| 03/31/2003 | 31 | FINANCIAL AFFIDAVIT by deft Dustin Gene Fockler in support of request for court-appointed counsel (ddk) (Entered: 04/02/2003) |
| 03/31/2003 | 32 | DEFENDANT'S RIGHTS as to deft Dustin Gene Fockler (ddk) (Entered: 04/02/2003) |
| 03/31/2003 | 33 | INITIAL PRETRIAL CONFERENCE SUMMARY ORDER (2 pgs) by Magistrate Judge Hugh W. Brenneman Jr. as to deft Dustin Gene Fockler; ptc held; mtn filing ddl set for 4/21/03; jury trial estimated to |

| | | |
|---|---|---|
| | | last 2 weeks for all defts; sentencing guidelines apply (cc: dft cnsl, US Atty 4/2/03 ddk) [EOD Date 4/2/03] (ddk) Modified on 04/02/2003 (Entered: 04/02/2003) |
| 04/01/2003 | 34 | NOTICE of hearing by Magistrate Judge Hugh W. Brenneman Jr. as to deft Dustin Gene Fockler; detention hrg set for 4/16/03 at 2:00 pm (cc: all counsel 4/1/03 fh) (ddk) (Entered: 04/02/2003) |
| 04/07/2003 | 47 | INITIAL DISCOVERY ORDER (5 pgs) by Magistrate Judge Hugh W. Brenneman Jr. as to defts Dustin Gene Fockler, Augustin Benitez Rodriguez, Tim Eugene Hall, and Cesar G. Bermudez (cc: all counsel 4/7/03 fh) [EOD Date 4/9/03] (ddk) (Entered: 04/09/2003) |
| 04/16/2003 | 50 | FINANCIAL AFFIDAVIT of James Taul (cr) (Entered: 04/17/2003) |
| 04/16/2003 | | MINUTES: before Magistrate Judge Hugh W. Brenneman Jr.; detention hrg held as to deft Dustin Gene Fockler; deft appeared w/counsel Robert Hackett (for Sharon Turek); deft waived detention and deft is remanded to custody pending further proceedings before the district judge; ct recorder: DDK; Tape B03-89 (ddk) (Entered: 04/18/2003) |
| 04/16/2003 | 58 | ORDER OF DETENTION (1 pg) of deft Dustin Gene Fockler pending trial by Magistrate Judge Hugh W. Brenneman Jr. (cc: all counsel, USM, USPO 4/18/03 ddk) [EOD Date 4/18/03] (ddk) (Entered: 04/18/2003) |
| 04/18/2003 | | REMARK: case manager for Chief Judge Bell notified that initial pretrial conf was held on 3/31/03 as to deft Dustin Gene Fockler, on 4/16/03 as to deft Augustin Benitez, 4/16/03 as to deft Tim Eugene Hall, and on 3/31/03 as to deft Cesar G. Bermudez; case ready for further proceedings before the district judge as to 4 defts named herein (ddk) (Entered: 04/21/2003) |
| 04/22/2003 | 63 | DISCOVERY ORDER (5 pgs) by Magistrate Judge Ellen S. Carmody as to deft James Taul (cc: all counsel) [EOD Date 4/22/03] (cr) (Entered: 04/22/2003) |
| 04/22/2003 | | Copy of Docket sent to Chief Judge Bell's Case Manager. (cr) (Entered: 04/22/2003) |
| 04/22/2003 | 68 | INITIAL DISCOVERY ORDER (5 pgs) by Magistrate Judge Joseph G. Scoville as to deft Chad A. Taul; (cc: all counsel) [EOD Date 4/23/03] (dmh) (Entered: 04/23/2003) |
| 04/24/2003 | 70 | ORDER SETTING PRETRIAL AND JURY TRIAL (2 pgs) by Chief Judge Robert Holmes Bell; final pretrial conference set for 6/6/03 at 11:00 a.m.; jury trial set for 6/16/03 at 9:00 a.m. as to all defts (cc: all counsel, USM, USPO & Accurate Interpreters by sdb) [EOD Date 4/24/03] (gjf) (Entered: 04/24/2003) |
| 05/06/2003 | | MINUTES: before Magistrate Judge Ellen S. Carmody; as to deft James Taul; in-court hrg held as to issue of conflict of interest (defts Taul and Hidalgo represented by atty Blackmond). Attorney Blackmond will withdraw as counsel for Deft Taul. Attorney Buffmyer will be re-appointed for deft Taul; atty Blackmond will continue to represent deft |

| | | |
|---|---|---|
| | | Albert Frank Aldalgo ; Recorded by C. Rataher, Tape G03-39 (cr) (Entered: 05/07/2003) |
| 05/06/2003 | | MINUTES: before Magistrate Judge Ellen S. Carmody; as to deft Albert Frank Hidalgo; in-court hrg held as to issue of conflict of interest (atty Blackmond represents defts James Taul and Albert Frank Hidalgo); atty Blackmond will withdraw as counsel for deft James Taul; atty Buffmyer will be re-appointed to represent deft James Taul; atty Blackmond will continue to represent deft Albert Frank Hidalgo ; Recorded by: C. Rather, Tape G03-39 (cr) (Entered: 05/07/2003) |
| 05/21/2003 | 81 | NOTICE of hearing by Chief Judge Robert Holmes Bell as to deft Dustin Gene Fockler; change of plea hrg set for 5/27/03 at 8:30 a.m. (cc: all counsel, USM, USPO by SB) (dmh) (Entered: 05/21/2003) |
| 05/27/2003 | 85 | INFORMATION (2 pgs) against Dustin Gene Fockler (1) on counts 1s, 2s (ddk) Modified on 05/29/2003 (Entered: 05/29/2003) |
| 05/27/2003 | 86 | WAIVER OF INDICTMENT by deft Dustin Gene Fockler (ddk) (Entered: 05/29/2003) |
| 05/27/2003 | 87 | PLEA AGREEMENT (7 pgs + 2 pg attachment) as to deft Dustin Gene Fockler (cc: Deft's Atty, US Atty & Probation 5/28/03 ddk) (ddk) (Entered: 05/29/2003) |
| 05/27/2003 | | MINUTES: before Chief Judge Robert Holmes Bell; deft Fockler appeared w/AFPD Turek for change of plea hearing and arraignment ; Information, Waiver of Indictment and Plea Agreement filed; deft arraigned on the Information; and a guilty plea entered by Dustin Gene Fockler (1) on counts 1s, 2s of the Information; the original Indictment TBDATOS ; Plea agreement taken under advisement until time of sentencing; presentence report ordered; sentencing date: August 27, 2003 at 8:30 am; deft remanded to custody ; ct reporter: Kevin Gaugier (ddk) (Entered: 05/29/2003) |
| 05/28/2003 | 91 | NOTICE of hearing by Chief Judge Robert Holmes Bell: sentence hrg set for 8/27/03 at 8:30 am as to deft Dustin Gene Fockler ; sentence hrg set for 8/27/03 at 1:00 pm as to deft Albert Frank Hidalgo ; and sentence hrg set for 8/28/03 at 8:30 am as to deft Alberto Rodriguez Benitez (listed as Augustin Benitez Rodriguez on Indictment) (cc: all counsel, USM, USPO 5/28/03 SB) (ddk) (Entered: 05/30/2003) |
| 06/03/2003 | 93 | ORDER (2 pgs) by Magistrate Judge Hugh W. Brenneman Jr.: granting deft Alberto Rodriguez Benitez's motion for medical treatment [77-1]; ordered that deft Alberto Benitez be transported by the USM on Monday, June 9, 2003, at 5:15 pm or at such other date and time as the Marshals shall arrange, to Dr. Henry Burkhardt's Dentistry Office, located at 802 West State Street, St. Johns, Michigan; provided, however, that deft or deft's relative shall satisfy the Office of the USM prior to transport of the prisoner that all medical bills and expenses related to the transportation have been paid in full or that other arrangements for payment satisfactory to the Marshal's office have been made (cc: AUSA B. Rene Shekmer, dft's atty John Beason (via fax), USM (via hand delivery), USPO on |

| | | |
|---|---|---|
| | | 6/3/03 ddk) [EOD Date 6/3/03] (ddk) (Entered: 06/03/2003) |
| 06/05/2003 | 97 | PROPOSED VOIR DIRE by pltf USA as to defts James and Chad Taul (dmh) (Entered: 06/09/2003) |
| 06/05/2003 | 98 | TRIAL BRIEF by pltf USA as to defts James and Chad Taul (dmh) (Entered: 06/09/2003) |
| 06/05/2003 | 99 | PROPOSED Jury Instructions by pltf USA as to defts James and Chad Taul (dmh) (Entered: 06/09/2003) |
| 06/05/2003 | 100 | CERTIFICATE OF SERVICE by pltf USA for pldgs. 97-99 (dmh) (Entered: 06/09/2003) |
| 06/06/2003 | | MINUTES before Chief Judge Robert Holmes Bell; final pretrial conference held as to defts James and Chad Taul; Kevin Gaugier, court reporter (dmh) (Entered: 06/09/2003) |
| 06/10/2003 | | ADMITTANCE requirement letter mailed to attorney DuVall (dmh) (Entered: 06/10/2003) |
| 06/11/2003 | 103 | LETTER (NOTICE) from U.S. Marshal Service dtd 6/10/03 directed to the Court regarding status of dental treatment for deft Alberto Benitez (ddk) (Entered: 06/13/2003) |
| 06/16/2003 | | MINUTES before Chief Judge Robert Holmes Bell; Day 1 of jury trial as to defts James and Chad Taul; motion in limine [104-1] denied; Kevin Gaugier, court reporter (dmh) (Entered: 06/17/2003) |
| 06/17/2003 | | MINUTES before Chief Judge Robert Holmes Bell; Day 2 of Jury Trial as to defts James and Chad Taul; Kevin Gaugier, court reporter (dmh) (Entered: 06/19/2003) |
| 06/18/2003 | | MINUTES before Chief Judge Robert Holmes Bell; Day 3 of Jury Trial as to defts James and Chad Taul; Kevin Gaugier, court reporter (dmh) (Entered: 06/19/2003) |
| 06/19/2003 | 105 | TRANSCRIPT of Plea as to deft Dustin Gene Fockler held 5/27/03 before Judge Robert Holmes Bell; transcribed by Kevin Gaugier (dmh) (Entered: 06/19/2003) |
| 07/18/2003 | 112 | GOVT'S MOTION regarding USSG 3E1.1(b) as to deft Dustin Gene Fockler with certificate of service (dmh) (Entered: 07/21/2003) |
| 07/31/2003 | 115 | NOTICE of hearing by Chief Judge Robert Holmes Bell; sentence hrg as to deft Alberto Benitez rescheduled from 8/28/03 to 8/27/03 at 10:00 a.m.; sentence hrg as to deft Cesar Bermudez rescheduled from 9/2/03 to 9/16/03 at 8:30 a.m.; (cc: all counsel, USM, USPO, Intptr by SB) (dmh) (Entered: 08/01/2003) |
| 08/07/2003 | 118 | GOVT'S MOTION for downward departure as to deft Dustin Gene Fockler with brief in support and certificate of service (dmh) (Entered: 08/08/2003) |
| 08/22/2003 | 123 | SENTENCING memorandum by deft Dustin Gene Fockler as to deft |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |
|------------|-----|----|
|            |     | Dustin Gene Fockler w/attachments and cert of svc (ddk) (Entered: 08/25/2003) |
| 08/27/2003 |     | MINUTES: before Chief Judge Robert Holmes Bell; granting Govt's motion for downward departure [118-1]; sentence hrg held ; sentencing Dustin Gene Fockler (1) on counts 1s and 2s of the Information to imprisonment of 144 months as to each Count, to be served concurrently; supervised release of 4 years as to count 1, and 3 years as to Count 2, to be served concurrently; fine of $4,000.00, and mandatory special assessment of $100.00 on each count, for total of $200.00 ; dismissing the one-count Indictment as to Dustin Gene Fockler (1) upon motion of Govt at time of sentencing ; deft remanded to custody ; terminating party Dustin Gene Fockler ; ct reporter: Kevin Gaugier (ddk) Modified on 09/03/2003 (Entered: 08/29/2003) |
| 08/27/2003 | 126 | ACKNOWLEDGEMENT OF RECEIPT of appeal packet by attorney Sharon Turek on behalf of deft Dustin Gene Fockler (ddk) (Entered: 08/29/2003) |
| 08/27/2003 |     | remark: per case mgr for Chief Judge Bell, Govt's motion (dkt #112) termed as to deft Dustin Gene Fockler (ddk) (Entered: 09/03/2003) |
| 08/28/2003 | 127 | JUDGMENT (6 pgs) in a Criminal Case as to deft Dustin Gene Fockler by Chief Judge Robert Holmes Bell (cc: dft cnsl, US Atty, USM, Probation 8/28/03 ddk) [EOD Date 8/29/03] (ddk) (Entered: 08/29/2003) |
| 11/17/2003 | 150 | JUDGMENT and Commitment returned executed as to deft Dustin Gene Fockler showing deft delivered to McK on 10/17/03 (dmh) (Entered: 11/18/2003) |
| 11/09/2004 | 155 | TRANSCRIPT of Sentencing held August 27, 2003 before Chief Judge Robert Holmes Bell as to Dustin Gene Fockler (Court Reporter: Gaugier, Kevin (616) 456-6133) (Entered: 11/09/2004) |
| 01/06/2005 |     | Copy of Order[156] mailed to Atty Ellis (skr, ) (Entered: 01/06/2005) |
| 01/07/2005 |     | Copy of Order[158] mailed to Atty Ellis (skr, ) (Entered: 01/11/2005) |
| 08/31/2005 |     | MOTION to vacate, set aside, or correct sentence under 28 U.S.C. 2255 filed as civil action 1:05-cv-585 by defendant Dustin Gene Fockler (jlg, ) (Entered: 09/01/2005) |
| 11/03/2005 | 160 | MOTION to amend/correct *(named as motion seeking specific performance)* with certificate of service by Dustin Gene Fockler #11376-040; (Attachments:, # 1 Exhibit A) (gjf, ) (Entered: 11/04/2005) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 11/22/2005 14:33:03 |
| PACER Login: ms1358 | Client Code: |

| Description: | Docket Report | Search Criteria: | 1:03-cr-00088-RHB |
|---|---|---|---|
| Billable Pages: | 5 | Cost: | 0.40 |