IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUSTIN FOCKLER, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-123 Erie |
| ) | District Judge McLaughlin |
| vs. ) | Magistrate Judge Baxter |
| ) | |
| UNITED STATES MARSHAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

MOTION FOR EXTENSION OF TIMES
===

NOW COMES, the Plaintiff, Dustin Fockler, and appearing pro se, hereby moves this Court to grant an extension of time, up to, and including May 28, 2006, in which to file his objections to the U.S. Magistrate's Report and Recommendation.

Plaintiff is an incarcerated, pro se litigant. He is not trained as a legal professional, nor is he a lawyer. In addition, due to his incarceration, he is bound by the prison regimine for law library access, etc.

Plaintiff needs the additional time in order to adequately prepare his pleadings for filing in this Court.

This motion is being made in good faith. The granting of this motion will not prejudice any party.

Dated: March 28, 2006                    Respectfully submitted§

FILED '06 MAR 31 AM 11:13 CLERK U.S. DISTRICT COURT

Dustin Fockler
Reg. No. 11376-040
FCI McKean
P.O. Box 8000
Bradford, PA. 16701-0980

CERTIFICATE OF SERVICE

I do hereby certify that on this the 28th day of March, 2006, I placed in the U.S. Mail, first-class postage prepaid, a true and correct copy of the foregoing MOTION FOR EXTENSION OF TIME, for delivery to the United States Attorney.

_____
Dustin Fockler