Federal Correctional Institution McKean
Name: Dustin Peckler
Reg.#: 11396-040
P.O. Box 8000
Bradford, PA 16701

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
BRADFORD, PA 16701     DATE 03-3X

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Clerk of the Court
U.S. District Court
P.O. Box 1820
Erie, PA. 16507

*LEGAL MAIL*



RECEIVED

MAR 31 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16507+082O