IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DUSTIN FOCKLER,                          )
                                         )
             Plaintiff,                  )      Civil Action No. 05-123 Erie
                                         )
v.                                       )      Judge McLaughlin
                                         )      Magistrate Baxter
UNITED STATES MARSHAL SERVICE,           )
                                         )
             Defendant.                  )

<u>MOTION FOR EXTENSION TO TIME IN WHICH TO FILE AN AMENDED COMPLAINT,
OF, IN THE ALTERNATIVE, MOTION TO VOLUNTARILY DISMISS THE COMPLAINT</u>

NOW COMES, the Plaintiff, Dustin Fockler, and appearing <u>pro se</u>, hereby moves this Court to grant an extension of time so that the Defendant can amend his complaint to name the appropriate defendants, etc., or, in the alternative, the Plaintiff would move this Court to voluntarily dimiss his complaint without prejudice:

Plaintiff realizes that a tort claim against the United States was inappropriate, and while the Plaintiff still has a basis of action, the defendants and some of the complaint is wrong and needs to be amended.

Plaintiff is not a lawyer. He is not trained in the law as a legal professional. He is a pro se litigant.

If the Court is not inclined to grant leave to amend, then the Plaintiff would move this Court to voluntarily dismiss the complaint without prejudice.

WHEREFORE, facts and premises considered, the Plaintiff prays that this Court  grant this motion as moved.

Dated: April 25, 2006                    Respectfully submitted:


                                         _Dustin Fockler_____
                                         Dustin Fockler
                                         Reg. No. 11376-040
                                         FCI McKean
                                         P.O. Box 8000
                                         Bradford, PA. 16701-0980

                                         PLAINTIFF pro se

CERTIFICATE OF SERVICE

I do hereby certify that on this the 25 day of April, 2006, I placed

in the U.S. Mail, a true and correct copy of the foregoing pleading, first-

class postage prepaid, for delivery to:

Megan E. Farrell, Esq.
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Bradford, PA. 16701-0980


Dustin Fockler