Federal Correctional Institution McKean
Name: Dustin Farmer
Reg.#: 11376-040
P.O. Box 8000
Bradford, PA 16701

FEDERAL CORRECTIONAL INS
P.O. BOX 5000
BRADFORD, PA 16701   DATE

The enclosed letter was processed thr
for forwarding to you. The letter has  
inspected. If the writer raises a quest
this facility has jurisdiction, you may v
for further information or clarification.
correspondence for forwarding to ano
the enclosure to the above address.

Clerk
U.S. District Court
Western District of Pennsylvania
P.O. Box 1820
Erie PA, 15607

**RECEIVED**

**APR 2 8 2006**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

