IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUSTIN FOCKLER,           ) | |
|     Plaintiff,              ) | |
|                                   ) | |
| Vs.                                  ) | Civil Action No. 05-123 E |
|                                   ) | |
| UNITED STATES MARSHAL SERVICE,  ) | |
|     Defendant.           ) | |

### **O R D E R**

AND NOW, this 28th day of April, 2006, the Plaintiff having filed a Motion to Amend Complaint or in the alternative a Motion to Voluntarily Dismiss the Complaint (Document No. 18)

IT IS HEREBY ORDERED that said Motion is DENIED, as the Court adopted the Report and Recommendation of the Magistrate Judge and dismissed the Plaintiff's Complaint on April 28, 2006.

                                                          S/Sean J. McLaughlin
                                                          Sean J. McLaughlin
                                                           United States District Judge

cc: all parties of record